In the Matter of the Estate of LOUISA S. COLE, Deceased.
MARY S. COLE et al., as Executrices of LOUISA S. COLE, Deceased, et al., Appellants; STATE TAX COMMISSION, Respondent.

(Argued December 11, 1933; decided January 9, 1934.)

644

*Francis H. Warland, Joseph F. McCloy, Leo Brady* and *M. Francis Brayman* for appellants.

*Seth T. Cole* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.